UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00156-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. MARTIN GONZALEZ-LEGARDA,

     Defendant.

**ORDER**

     This matter is before the Court upon a review of the file.  In accordance therewith, it his hereby

     ORDERED that a 3-day jury trial is set to commence **Monday, June 15, 2009, at 9:00 a.m. in courtroom A-1002.**  The parties shall notify the Court if they intend to file motions or if the Court needs to schedule a pre-trial conference.

     Dated:  April 14, 2009

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge