UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00156-WYD

UNITED STATES OF AMERICA,

	Plaintiff,

v.

1. MARTIN GONZALEZ-LEGARDA,

	Defendant.

## MINUTE ORDER

	A Notice of Disposition was filed in the above matter on May 14, 2009.  The 3-day jury trial set to commence **Monday, June 15, 2009, at 9:00 a.m.** is **VACATED**.  A Change of Plea hearing is set for **Wednesday, June 24, 2009, at 4:00 p.m.**

	**Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

	May 14, 2009